UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

MIKAL HALL,                                     )
                 PLAINTIFF,                      )          24-1764-SMY
                                                )
         -V-                                    )    CASE NO. 24-CV-762-RJD
                                                )    COMPLAINT
ANTHONY WILLS, KEVIN REICHERT, RYAN NOTHNAGLE,   )
KELLY PIERCE, BRUMLEVE, "LEWEY", "KIEFER"        )
"H. HOUSE", "GAETZ", "BIG SHOW",                )
"SHIELD", "CHILDERS", "BURMAN", WEXFORD          )
HEALTH SOURCES, INC. INDIVIDUALLY AND IN         )
THEIR OFFICIAL CAPACITY,                         )
                 DEFENDANTS.                     )

FIRST AMENDED COMPLAINT

I. JURISDICTION & VENUE

1.) THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284, AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2.) THE SOUTHERN DISTRICT OF ILLINOIS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b) (2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3.) PLAINTIFF MIKAL HALL, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER IN THE STATE OF ILLINOIS IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN ILLINOIS STATE PRISON, IN MENARD, ILLINOIS.

## III. DEFENDANTS

4.) DEFENDANT ANTHONY WILLS IS THE WARDEN OF ILLINOIS STATE PRISON MENARD C.C.. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF ILLINOIS STATE PRISON AND FOR THE WELLFARE OF ALL INDIVIDUALS IN CUSTODY OF SAID PRISON.

5.) KEVIN REICHERT IS THE WARDEN OF ILLINOIS STATE PRISON MENARD C.C.. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF ILLINOIS STATE PRISON AND FOR THE WELLFARE OF ALL INDIVIDUALS IN CUSTODY OF SAID PRISON.

6.) DEFENDANT LATOYA HUGHES IS THE ACTING DIRECTOR OF ILLINOIS DEPARTMENT OF CORRECTIONS.

7.) DEFENDANT RYAN NOTHNAGLE IS AN ACTING MEMBER OF THE

2.

ADMINISTRATIVE REVIEW BOARD FOR THE ILLINOIS DEPARTMENT OF CORRECTIONS.

8.) DEFENDANT KELLY PIERCE, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE EMPLOYMENT POSITION OF GRIEVANCE OFFICER AND WAS ASSIGNED TO MENARD C.C. IL PRISON.

9.) DEFENDANT "BRUMLEVE" IS A CORRECTIONAL OFFICER OF THE IL, DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF SARGEANT AND WAS ASSIGNED TO ILLINOIS STATE PRISON MENARD CORRECTIONAL CENTER.

10.) DEFENDANT "LEWEY" IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO IL STATE PRISON MENARD C.C.

11.) DEFENDANT "KIEFER" IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO IL STATE PRISON MENARD C.C.

12.) DEFENDANT H. HOUSE IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF OFFICER AND WAS ASSIGNED TO IL STATE PRISON MENARD C.C.

13.) DEFENDANT "TAYLOR" IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT ALL MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO ILLINOIS STATE PRISON MENARD C.C.

14.) DEFENDANT "BIG SHOW" IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO IL STATE PRISON MENARD C.C.

15.) DEFENDANT "SHIELDS" IS A CORRECTIONAL OFFICER OF THE IL DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO IL. STATE PRISON MENARD C.C.

3

16.) DEFENDANT "GAETZ" IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO ILLINOIS STATE PRISON MENARD CORRECTIONAL CENTER.

17.) DEFENDANT "CHILDERS" IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO ILLINOIS STATE PRISON MENARD CORRECTIONAL CENTER.

18.) DEFENDANT "BURMAN" IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT WAS ASSIGNED TO ILLINOIS STATE PRISON MENARD CORRECTIONAL CENTER.

19.) DEFENDANT WEXFORD HEALTH SOURCES, INC. IS AN ILLINOIS CORPORATION WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HAVE EMPLOYEES WHO WAS ASSIGNED TO ILLINOIS STATE PRISON.

20.) EACH DEFENDANT IS BEING SUED INDIVIDUALLY AND IN HIS/HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

4.

## III. FACTS

21.) ON TUESDAY NOV. 14, 2023 I WAS IN MY CELL, N-2·6-01 APPROXIMATELY 9:00 A.M. AND OBSERVED AN INDIVIDUAL HOG-TIED AND BEING CARRIED BY HIS WRIST, FEET, AND COLLAR OF HIS JUMPSUIT BY 3 (THREE) OFFICERS.

22.) WHEN THE C/O's WAS PASSING MY CELL I SAW THAT THE INDIVIDUAL IN CUSTODY WAS FOAMING AT THE MOUTH AND I ASKED ONE OF THE OFFICERS WHY COME THE INDIVIDUAL LOOKED LIKE HE WASN'T BREATHING?

23.) STR. BURMAN TOLD ME TO "SHUT THE FUCK UP!", AND I RETORTED "WHO THE FUCK YOU THINK YOU TALKING TO? YOU AIN'T GOT NO KIDS IN HERE AND IF YOU DO, I'M NOT ONE OF THEM! WATCH HOW YOU TALK TO ME AND DO YOUR JOB AND MAKE SURE HE OK!"

24.) 20 (TWENTY) MINUTES LATER C/O HOUSE CAME TO MY DOOR WITH C/O BIG SHOW, WHOM WAS ASSIGNED TO 6 (SIX) GALLERY AND SAID "PACK UP YOUR SHIT! YOUR GOING BEHIND THE DOOR!"

25.) I ASKED WHAT FOR AND WAS TOLD "BECAUSE I CAN'T KEEP MY MOUTH CLOSED!" BY C/O HOUSE IN WHICH I SAID "I HAVE A RIGHT TO TALK. I DID NOTHING WRONG!"

26.) C/O BIG SHOW STATED "YOU CAN EITHER PACK YOUR SHIT OR WE WILL PACK IT FOR YOU!"

27.) I TOLD THEM I WASN'T GOING ANYWHERE UNTIL THEY GET ME A MAJOR IN WHICH THEY TOLD ME HE WAS UNAVAILABLE SO I TOLD THEM TO GET ME SOMEONE ELSE TO TALK TO.

28.) A LT. CAME TO MY DOOR ASKING ME TO MOVE AND I TOLD HIM I DID NOTHING WRONG.

29) THE LT. SAID HE HEARD ME YELLING AND I TOLD HIM " WE ARE IN RESTRICTIVE HOUSING. GUYS ARE GOING TO YELL. BUT I WAS YELLING BECAUSE THE INDIVIDUAL WHO WAS HOG-TIED LOOKED LIKE HE WAS IN DISTRESS AND I'VE BEEN TRAUMATIZED BY ALL OF MURDER HERE IN MENARD. I SEEN ALOT OF PEOPLE DIE ON YA'LL WATCH AND BY YA'LL HANDS. THAT COULD'VE BEEN EITHER OF OUR SONS."

30) THE LT. SAID HE UNDERSTOOD BUT HE HAD TO BACK HIS OFFICERS JUST LIKE I DO WITH MY PEOPLE AND I TOLD HIM "WELL I'M STILL NOT GOING TO MOVE BECAUSE I FEEL LIKE I'VE DONE NOTHING WRONG AND YOU KNOW THIS."

31.) ANOTHER C/O CAME TO TALK TO ME. I EXPLAINED WHAT OCCURRED AND HE COULDN'T COMPRHEND WHAT I DID WRONG AND SAID HE WAS GOING TO TRY TO TALK TO THEM AND WALKED AWAY.

32.) MOMENTS LATER A MAJOR AND A MENTAL HEALTH PROFESSIONAL APPROACHED MY CELL TO ASSESS THE SITUATION AND AFTER I REITERATED WHAT HAD TAKEN PLACE THEY BOTH SAID THAT

6.

THEY DIDN'T SEE THE BIG DEAL AS TO WHY THEY WANTED TO MOVE ME.

33) THE OFFICER WHO WENT TO TRY TO TALK TO THEM FOR ME RETURNED AND STATED "THIS IS THE LAST TIME. THEY'RE ASKING YOU TO PACK UP AND CUFF UP.", AND I REPEATED THAT I'VE DONE NOTHING WRONG.

34.) OFFICER LEWEY CAME TO MY CELL WITH A HANDHELD CAMERA AS THE TACT. TEAM CAME TO MY DOOR SCREAMING AND I COULDN'T MAKE OUT WHAT THEY WERE SAYING DUE TO MY HEARING IMPAIRMENT.

35.) MY DISABILITY COUPLED WITH THE FACT THAT THE TACT. TEAM WAS SCREAMING WITH THEIR HELMETS ON MADE THIER VOICES AND WHAT THEY WERE SAYING SOUND DISTORTED.

36) I WAS SPRAYED IN THE FACE WITH O.C. PEPPER SPRAY FROM A CANISTER OF M-K-9 MACE MULTIPLE TIMES.

37.) THE VIDEO FOOTAGE OF THE INCIDENT THEY RECORDED WILL CORROBORATE MY VERSION OF EVENTS AND SHOW THAT I NEVER AT ANY TIME POSED A THREAT OR HAD ANYTHING IN MY HANDS AND WAS MALICIOUSLY SPRAYED AGAIN WHEN I CAME TO THE DOOR TO CUFF UP.

38) I WAS EXTRACTED FROM MY CELL AND WAS PLACED IN A CRISIS WATCH CELL WHICH WAS IN A DEPLORABLE STATE OF CONDITION.

39) THE COLD WATER WAS CUT OFF. FECES AND VOMIT WAS IN THE TOILET. BLOOD AND SPIT WAS ALL OVER THE WALLS. I COULD NOT FLUSH

7.

MY TOILET FOR 3 (THREE) DAYS.

40.) TRASH AND FOOD WAS ALL OVER THE FLOOR. I WAS KEPT IN THIS CELL FOR 6 (SIX) DAYS AND THE ENTIRE TIME I WAS AFFORDED NO SHEETS OR BLANKET (FORCED TO SLEEP ON FLOOR), NO TOOTH PASTE AND TOOTH BRUSH, NO SOAP OR WASH CLOTH TO WASH UP, NO DISINFECTANT/ BLEACH TO STERALIZE/SANITIZE MY CELL, AND NO MATTRESS.

41.) WHEN I WAS PLACED IN THIS CELL MY HEARING AIDS WERE REMOVED FROM MY EARS AND MY ADA WATCH WAS CONFISCATED.

42.) ON NOVEMBER 20, 2023 (MONDAY), I WAS TAKEN OFF WATCH AND ESCORTED TO CELL N-2 6-09 IN A GREEN SMOCK WITHOUT ANY CLOTHES, PROPERTY, OR BEDROLL.

43) MY NEIGHBOR IN N-2 6-08 OVERHEARD ME TALKING OVER THE GALLERY TO ANOTHER INDIVIDUAL ABOUT NOT HAVING MY PROPERTY AND ASKED ME WHAT MY NAME WAS.

44) I TOLD HIM MY NAME AND HE SAID THAT HE HAD SOME OF MY THINGS IN HIS CELL AND HE RETURNED SOME OF MY PROPERTY.

45.) ON OR ABOUT NOVEMBER 27, 2023 MY PROPERTY WAS BROUGHT TO MY CELL AND MY ADDRESS BOOK, MEDICAL FILE, ADA WATCH AND HEARING AIDS WAS MISSING.

8.

46.) I SPOKE TO SGT. BRUMLEVE ABOUT ALL THE MISSING PROPERTY THAT I NEVER RECEIVED AND HE TOLD ME THAT HE PERSONALLY THROUGH MY PROPERTY AWAY BECAUSE I LIKE TO TELL ON THE MISCONDUCT THEY (OFFICERS) DO IN N-2 CELLHOUSE. BETWEEN 11/20-23/23.

47.) STR BURMAN TOLD ME TO "KEEP UP THE SHENANIGANS SO WE CAN GIVE YOU THE GOOD 'OLE MENARD TREATMENT.", AND WHEN I ASKED HIM " WHAT'S THAT ?", HE SAID " FOR LITTLE PUNK BITCHES LIKE YOU WHO THINK THEY'RE TOUGH SHIT AND LIKE TO RUN THEIR MOUTHS AND SNITCH ON US FOR DOING OUR JOBS, WE SHUT THEM THE FUCK UP BY SPRAYING MACE IN A PLASTIC BAG AND PLACING IT OVER THEIR HEADS TIL THEY'RE NO LONGER TALKING. YOU KNOW WHAT I'M SAYING ?

48.) I TOLD HIM IF HE WAS SO WORRIED ABOUT PEOPLE TELLING ON THEM THEN THEY SHOULDN'T BE DOING WRONG AND MISTREATING PEOPLE AND THAT'S WHEN HE SAID " THE BALL'S IN YOUR COURT. JUST SO LONG AS YOU'RE PICKING UP WHAT I'M THROWING DOWN THERE'S NO MISUNDERSTANDINGS."

49.) STR BURMAN HAS ALSO SLANDERED MY NAME AND CALLED ME A HOMOSEXUAL IN THE PRESENCE OF OTHER INMATES AND SPREADED A FALSE RUMOR ABOUT ME BEING IN THE BULLPEN WITH A TRANSGENDER WHICH HAS CAUSED ME TO BE A TARGET WITHIN THE INSTITUTION AND INMATES SAYING THEY WILL KILL ME IF THEY CATCH ME.

## IV. EXHAUSTION OF LEGAL REMEDIES

50.) I USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT MENARD CORRECTIONAL CENTER TO TRY AND SOLVE THE PROBLEM, ON NOVEMBER 28, 2023 I SUBMITTED A TIMELY GRIEVANCE WHICH WAS FILED NOVEMBER 30, 2023. SEE EXHIBIT-A

51.) SECOND LEVEL REVIEW WAS DENIED JANUARY 4, 2024, (SEE EXHIBIT-B) AND I TIMELY APPEALED THE DENIAL TO THE ARB WHICH THE ARB RECEIVED JANUARY 19, 2024 (SEE EXHIBIT-C). THE ARB DENIED MY GRIEVANCE ON MARCH 22, 2024.

52) I USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT MENARD C.C. AND SUBMITTED A GRIEVANCE WHICH WAS FILED JANUARY 8, 2024 AND RECEIVED FOR SECOND LEVEL REVIEW JANUARY 10, 2024. SEE EXHIBIT-D). SECOND LEVEL REVIEW WAS DENIED JANUARY 18, 2024 SEE EXHIBIT-E

53) I TIMELY APPEALED THE DENIAL TO THE ARB WHICH THE ARB WHICH THE ARB RECEIVED JANUARY 26, 2024 (SEE EXHIBIT-F THE ARB DENIED MY GRIEVANCE ON 2/27/24 SEE EXHIBIT-G

## V. LEGAL CLAIMS

54.) DEFENDANT ANTHONY WILLS IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE I WAS SUBJECTED TO CRUEL AND UNUSUAL

10.

PUNISHMENT, EXCESSIVE FORCE, RETALIATION, HARASSMENT, RESULTING IN AN ADA VIOLATION, A LIVING CONDITION THAT VIOLATED DR 504.620 (F) (2), AND AN 8th AND 14th AMENDMENT VIOLATION WHICH CAUSED ME PAIN AND SUFFERING, AND EMOTIONAL DISTRESS.

55.) DEFENDANT KEVIN REICHERT IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE I WAS SUBJECTED TO CRUEL/UNUSUAL PUNISHMENT, EXCESSIVE FORCE, RETALIATION, HARASSMENT, RESULTING IN AN ADA VIOLATION, A LIVING CONDITION THAT VIOLATED DR 504.620 (2) (F), AND AN 8th AND 14th AMENDMENT VIOLATION WHICH CAUSED ME PAIN AND SUFFERING, AND EMOTIONAL DISTRESS

56.) DEFENDANT KELLY PIERCE IS BEING SUED IN HER OFFICIAL AND INDIVIDUAL CAPACITY WHERE SHE WAS ACTING AS GRIEVANCE OFFICER HAVING KNOWLEDGE OF MY PRISON CONDITIONS AND FAILED TO REASONABLY RESPOND TO IT BY RECOMMENDING MY GRIEVANCES BE RESOLVED AND DENIED WHEN CLEARLY MY RIGHTS WERE VIOLATED AND ISSUES WENT UNRESOLVED, IN VIOLATION OF MY 8th AND 14th AMENDMENTS.

57.) DEFENDANT RYAN NOTHNAGLE IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE IS A MEMBER OF THE ARB, WHO DENIED MY GRIEVANCE AND FAILED TO REASONABLY RESPOND TO THE SUBSTANTIAL RISK OF SERIOUS HARM THAT MY PRISON CONDITIONS POSE IN WHICH HE WAS DELIBERATELY INDIFFERENT, VIOLATING MY 8th AMENDMENT TO THE U.S. CONSTITUTION.

58.) LATOYA HUGHES IS BEING SUED IN HER OFFICIAL AND

11.

AND INDIVIDUAL CAPACITY AS SHE IS THE ACTING DIRECTOR OF ILLINOIS DEPARTMENT OF CORRECTIONS AND CAN BE HELD LIABLE WHERE SHE CONCURRED THE ISSUE WAS APPROPRIATELY ADDRESSED BY THE FACILITY ADMINISTRATION, THUS, SHE ACTED WITH DELIBERATE INDIFFERENCE, WHERE SHE KNEW OR SHOULD'VE KNOWN OF THE SERIOUS RISK OF HARM THAT MY PRISON CONDITIONS POSED, IN WHICH SHE VIOLATED MY 8th AMENDMENT AS WELL AS MY 14th AMENDMENT TO THE U.S. CONSTITUTION.

59.) DEFENDANT "BRUMLEVE" IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE STATED HE THREW AWAY MY PROPERTY BECAUSE I EXERCISE MY RIGHT TO FILE GRIEVANCES WHICH AMOUNTS TO A COLOR OF RETALIATION, HARASSMENT, AND CRUEL AND UNUSUAL PUNISHMENT, WHICH VIOLATED MY 8th AND 14th AMENDMENT, AND ADA VIOLATION, AS WELL AS MY FIRST AMENDMENT.

60.) DEFENDANT LEWEY IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE WAS A MEMBER OF THE TACT TEAM (CAMERA MAN) WHO CAME TO MY CELL TO EXTRACT ME FROM MY CELL AND PLACE ME BEHIND THE DOOR BECAUSE I ASKED WHY ANOTHER INMATE LOOKED AS IF HE WASN'T BREATHING AND TOLD AN OFFICER TO SPEAK TO ME RESPECT AND PROFESSIONALISM. MY EXTRACTION WAS CRUEL/UNUSUAL PUNISHMENT, AND FITTING A COLOR OF RETALIATION AND OR HARASSMENT AS I'D DONE NOTHING (POSED A DANGER OR THREATENED ANYONE) WRONG IN ORDER TO BE PUNISHED. THE TACT TEAM SPRAYED ME WHEN I CAME TO THE DOOR TO CUFF UP

12

WHICH WAS MALICIOUS AND MORE FORCE USED THAN NECESSARY TO GET ME TO COMPLY WITH ORDERS TO APPROACH THE DOOR AND CUFF UP. DEFENDANT "LEWEY" ACTED WITH DELIBERATE INDIFFERENCE KNOWING OF MY PRISON CONDITIONS AND FAILING TO COME FORWARD AND FAILING TO REASONABLY RESPOND VIOLATING MY 8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION, CAUSE PAIN SUFFERING AND EMOTIONAL DISTRESS.

61.) DEFENDANT "KIEFER" IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE WAS A TACT MEMBER WHO ASSISTED IN MY EXTRACTION KNOWING, OR WHERE SHOULD HAVE KNOWN THAT MY EXTRACTION WAS CRUEL AND UNUSUAL PUNISHMENT, RETALIATION AND OR HARASSMENT AND RESULTED IN EXCESSIVE FORCE. "KIEFER" WAS DELIBERATELY INDIFFERENT TO MY PRISON CONDITIONS AND FAILED TO REASONABLY IN VIOLATION OF MY 8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION, CAUSING PAIN SUFFERING AND EMOTIONAL DISTRESS.

62.) DEFENDANT HOUSE IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE FALSIFIED A WRITTEN DISCIPLINARY REPORT AGAINST ME IN ATTEMPT CONCEAL THE REAL PURPOSE AS TO WHY I WAS GOING BEHIND THE DOOR. HOUSE APPROACHED MY CELL AFTER I TOLD BURMAN TO WATCH HOW HE TALK TO ME. HOUSE KNEW OR SHOULD'VE KNOWN THAT THE DECISION TO PUNISH ME BY PLACING ME BEHIND THE DOOR WAS CRUEL AND UNUSUAL AS IT WAS WITHOUT SUFFICIENT REASON AND A RESULT OF RETALIATION AND OR HARASSMENT. THEREFORE, HOUSE WAS DELIBERATELY INDIFFERENT AND VIOLATED MY 8th AND 14th AMENDMENT TO THE U.S. CONSTITUTION.

13.

63.) DEFENDANT "GAETZ" IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE WAS A TACT TEAM MEMBER WHO ASSISTED IN MY EXTRACTION, KNOWING OR WHERE HE SHOULD'VE KNOWN THAT MY EXTRACTION WAS CRUEL AND UNUSUAL PUNISHMENT, RETALIATION AND HARASSMENT AND RESULTED IN EXCESSIVE FORCE. "GAETZ" WAS DELIBERATELY INDIFFERENT TO MY PRISON CONDITIONS AND FAILED TO REASONABLY RESPOND IN VIOLATION OF MY 8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION, CAUSING PAIN SUFFERING AND EMOTIONAL DISTRESS.

64.) DEFENDANT TAYLOR IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE WAS A TACT. TEAM MEMBER WHO ASSISTED IN MY EXTRACTION, WHERE HE KNEW OR SHOULD'VE KNOWN THAT MY EXTRACTION WAS CRUEL AND UNUSUAL PUNISHMENT, RETALIATION AND HARASSMENT. TAYLOR SPRAYED ME WITH MACE FOR NOT BEING ABLE TO UNDERSTAND WHAT HE WAS SAYING DUE TO MY SEVERE HEARING DISABILITY. HE USED EXCESSIVE FORCE WHEN HE SPRAYED ME IN MY FACE AFTER I HAD ALREADY BEEN SPRAYED WHEN I CAME TO THE DOOR TO CUFF UP. TAYLOR WAS MALICIOUS AND DELIBERATELY INDIFFERENT TO MY PRISON CONDITIONS AND VIOLATED MY 8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION, CAUSING PAIN, SUFFERING, PHYSICAL INJURY, AND EMOTIONAL DISTRESS.

65. DEFENDANT "BIG SHOW" IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY WHERE HE KNEW OR SHOULD'VE KNOWN THAT THE DECISION TO PUNISH ME BY PLACING ME BEHIND THE DOOR WAS CRUEL AND UNUSUAL AS IT WAS WITHOUT SUFFICIENT REASON AND A RESULT OF RETALIATION AND OR HARASSMENT. "BIG SHOW" WAS

14.

DELIBERATELY INDIFFERENT AND VIOLATED MY 8th AMENDMENT
TO THE U.S. CONSTITUTION, CAUSING PAIN, SUFFERING, PHYSICAL INJURY & EMOTIONAL DISTRESS

66.) DEFENDANT "SHIELD" IS BEING SUED IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY WHERE HE WAS A TACT TEAM MEMBER WHO
ASSISTED IN MY EXTRACTION. WHERE HE KNEW OR SHOULD'VE KNOWN
THAT MY EXTRACTION WAS CRUEL AND UNUSUAL PUNISHMENT, RETALIATION,
AND HARASSMENT WITHOUT SUFFICIENT CAUSE, WHICH RESULTED IN
AN EXCESSIVE USE OF FORCE. SHIELD WAS DELIBERATELY
INDIFFERENT TO MY PRISON CONDITIONS AS HE FAILED TO RESPOND
REASONABLY AND VIOLATED MY RIGHTS UNDER THE 8th AMENDMENT
TO THE U.S. CONSTITUTION CAUSING ME PAIN, SUFFERING, PHYSICAL
INJURY AND EMOTIONAL DISTRESS.

67.) DEFENDANT "CHILDERS" IS BEING SUED IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY WHERE HE WAS A TACT TEAM MEMBER WHO
ASSISTED IN MY EXTRACTION WHERE HE KNEW OR SHOULD'VE KNOWN
THAT MY EXTRACTION WAS CRUEL AND UNUSUAL PUNISHMENT,
RETALIATION, AND HARASSMENT WITHOUT SUFFICIENT CAUSE WHICH
RESULTED IN AN EXCESSIVE USE OF FORCE. CHILDERS WAS DELIBERATELY
INDIFFERENT TO MY PRISON CONDITIONS AS HE FAILED TO RESPOND
REASONABLY AND VIOLATED MY RIGHTS UNDER THE 8th AMENDMENT
TO THE U.S. CONSTITUTION CAUSING ME PAIN, SUFFERING, PHYSICAL
INJURY AND EMOTIONAL DISTRESS.

68.) DEFENDANT BURMAN IS BEING SUED IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY WHERE HE THREATENED ME WITH PHYSICAL

15.

VIOLENCE/MURDER AND TOLD INMATES THAT I WAS CAUGHT WITH A HOMOSEXUAL IN THE BULLPEN KNOWING THAT INMATES IN POPULATION HAVE A ZERO TOLERANCE POLICY FOR HOMOSEXUALS AND WOULD RETALIATE AGAINST ME WITH PHYSICAL VIOLENCE. BY THREATENING ME WITH PHYSICAL VIOLENCE/MURDER AND SPREADING FALSE RUMORS ABOUT MY SEXUALITY FOR EXERCISE OF MY RIGHT TO SEEK REDRESS FROM THE PRISON THROUGH USE OF THE PRISON GRIEVANCE SYSTEM AND FILE LAW SUITS, DEFENDANT BURMAN IS RETALIATING AGAINST ME UNLAWFULLY IN VIOLATION OF MY RIGHTS UNDER THE 1st AMENDMENT TO THE UNITED STATES CONSTITUTION, CAUSING PAIN, SUFFERING AND EMOTIONAL DISTRESS.

(69.) DEFENDANT WEXFORD HEALTH SOURCES, INC. IS BEING SUED IN IT'S OFFICIAL AND INDIVIDUAL CAPACITY WHERE WEXFORD WAS MADE AWARE OF MY DISABILITY AND KNOWING THAT I NO LONGER HAVE HEARING AIDS AND FAILED TO REASONABLY ACCOMMODATE MY DISABILITY WITH UNDULY DELAY IN PROVIDING ME WITH EQUAL ACCESS TO BENEFITS IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AND MY 8th AMENDMENT RIGHTS TO THE U.S. CONSTITUTION WHERE THEY ACTED WITH DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEED. CAUSING ME SUFFERING AND EMOTIONAL DISTRESS.

## VI. PRAYER FOR RELIEF

WHEREFORE, I MIKAL HALL RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT:

16

70.) GRANTING ME A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATE MY RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

71.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS ANTHONY WILLS, KEVIN REICHERT, "LEWEY", "KIEFER", "GAETZ", "TAYLOR", "SHIELD", "CHILDERS", AND "BURMAN" TO CEASE THEIR PHYSICAL VIOLENCE AND THREATS TOWARDS ME, AND

72.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT ANTHONY WILLS AND KEVIN REICHERT TO CEASE ALL FORMS OF RETALIATION AGAINST ME, AND

73.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING MY IMMEDIATE TRANSFER, AND

74.) GRANTING ME COMPENSATORY DAMAGES AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY.

75.) I AM ALSO SEEKING PUNITIVE DAMAGES AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY

76.) I AM ALSO SEEKING A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY.

77.) I AM SEEKING RECOVERY OF THE COSTS IN THIS SUIT, AND

17.

78.) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED: 6/16/24

RESPECTFULLY SUBMITTED,

/s/ Mikal Hall

MIKAL HALL

# R58099

MENARD, C.C.

P.O. BOX 1000

MENARD, IL 62259

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINTS AND HEARBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE, I BELIEVE BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY (28 U.S.C. 1746, 18 U.S.C. 1621, OR 735 ILCS 5/1-109) THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT MENARD, ILLINOIS ON 6/16/24

/s/ Mikal Hall

MIKAL HALL

18.

SL

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2    Bed #: 609

| Date: 11/28/23 | Individual (please print): MikaL S Hull | ID #: R58099 | Race (optional): BIK |
|---|---|---|---|
| Current Facility: | Facility where grievance issue occurred: | | 1764 |

**Nature of Grievance:**

- ☐ ADA Disability Accommodation
- ☒ Personal Property
- ☐ PREA
- ☒ Staff Conduct
- ☐ Restoration of Sentence Credit
- ☐ Mail Handling
- ☒ HIPAA
- ☐ Medical Treatment
- ☐ Dietary
- ☒ Disciplinary Report: _____
- ☐ Other (specify): _____

X _Signature_ 12/4/23

Date of Report     Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

N2

On tuesday Nov 14 I was in my Cell 601 At 9:00 AM when the C/o that wor on 6 gallary on this above date was told that it was a inmate hanging his self in H Cell 645 this C/o that was Sign to this gallary if you look at cammera on 6 gallary yo see worker on 6 gallary Run down the hallway to tell 6 gallary C/o that was in front of 617 or 614 when he got this info he did nothing into a few people Started yelling that when he took a turn in Started walking to the back of the gallary said something on his Radio when 5min letter C/o house come on 6 gallary in Said something to C/o Br Show in told house to go get a flash light which he come back walking with flash lig

☐ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is **NOT** an emergency grievance
☒ Continued on Reverse

**Relief Requested:** I will like to be a comadated for my property in to have all item back on Request interview wit I.A. thank you.

_mikal Hull_          R58099          11/28/23
Individual in Custody Signature     ID #          Date

**Counselor Response (If applicable):**          Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| EMERGENCY REVIEW: | Date Received: _____ | Assigned Grievance #/Institution: K4-1123-1764 |
|---|---|---|
| Is this determined to be of an emergency nature: | | MEN    NOV 30 2023 |
| ☐ Yes, expedite emergency grievance. | | First Level Received: _____ |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | | Second Level Received: MEN   DEC 05 2023 |
| | | _____ Please check if using if utilizing follow up DOC 0743p |

_____          _____
Chief Administrative Officer Signature          Date

Distribution: Master File, Individual          Page 1 of 2          DOC 0046 (Rev. 06/2022)

EXHIBIT - A

120 - ADA hearing/missing prop

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

in hand in than StR in Another C/o walk to the back of 6 gallary About 15mm latter I See A inmate walking down 6 gallary with the C/o's in StR thay took like A hafe step to get to About 635 oR628 cell when took this inmate to the side for about 5min when thay come back in Cammera veiw he was hug-bi one Cearing his feet one Cearing his wRist la one with his Jump suit by his ni earRea which was Cosing him to pass out foming from the mouth when the C in StR got to my Cell I Ask why he look like he not breathing witch the StR Borman told me to Shat the fuck up this when I Ask him who the fuck you think you talking to, you aint got know kids here in if so im not one of them watch how you talk to me in do your Job in make Sure he ok. 20min latter C/o house come to my door in another C/o Big Show that work 6 gallary this day told me to pack up my Shit because im going behind the door, I Ask what fo and waS told because I cant keep my mouth close, I told them I have A Right i I did nothing wRong, that when they Say ether I can pack my Shit oR thei will do it for me, I Said im not going know where intill you go get me a Ms They Say he not here so I Said will get me someone beside You that's wh L.T. BRanth come to my door Asking me to move I told him I did nothing w he Said he hard me yelling I Said will we in Restrictive housing guys go ye but I was yell couse the inmate was in discrise in Ive been truhmn thi by all the murder here in menard I Seen Alot of people die on yall wat in by yall hands So I told him that could be me oR your son. he Say we ll get it but I have to back my officers Just like you do your people, w im still not go move couse I fill I did nothing wRong in you know this. Another C/o bowlehead wit bRierd who Ive knowing for I while come to se what was wRong I told him what happen In he Said I dont See wha you did wRong I try to go talk to them. A MaJoR come in Mentell healt come in Said I dont See what the big dial was that they wont to move the bowlhead wit the breed come back in Said this the last time thay Asking me to pick up oR cuff up I Said I havent done nothing. that when StR Lewey come in with the Cammera in then tack come to my door JcRaming I couldnt make out what they was Saying couse I have A Disabilitee im ADA So the scRaming made what thay was Saying Sound disstored. So they started sPRaying O.C. pepper Spray from A Mk-9 hitting me in the face they keep sPraying in yelling so come cuff up. never once have I Attempted to throw nothing on them I Ask you to please look at Cammera and it will Show Everything. Im s the people the people on the extraction team team T/L Taylor 1/0 MaJor (Shield) T/o KiefeR (ARM) he one of the C/o that was on the yard back in o who was tRyine to intageRnive me to Stay on the yard so he can mass r So this why he came ture spraying me with O.C. pepper SPRay T/o GaetzL T/o Childers (Door Security) T/o lewey (camera) it will show that I was sPrayed when I come to cuff up im still having treble with my breathin my eyes been Swelline I have Assmer I take 2 puff every 4-6 hours Albuterol HFA (18GM)(3R) 90 MCG AeR this Just one of them I have 2 inh I was put on watch with know cold water my tolit had Someone el feeces and throw up All in the tolt for 3 day it did flash intill I wont on a 30min I had know mothrus to sleep on Just still No blan No soap No toothpast in the cell was Really nashte blood in mass all the wall trash oll on the flowes was keep in there for 6 days like this they let me out on MondAy the 20 Nov. Please check Camera I was taking to 6 gallary with know pRoperty oR cloths put in 609 with Just A Green Smook I was not giving the cloths I had before I w on watch. im missing my Shirt, Short gRay massey Soocks, Shoe layis, hearing Aids, ADA watch, Address book, I.D. some of my pRoperty i in 608 he herd me talking About noth having my pRoperty in Ask mi name I told him in he Said I got some off Your pRoperty over here in which he gave back 2Sheets 1 peR of Shoes 1 shower Shoes paper, 1 kuffee, pRAYeR Rug. I dont know how Some off my pRopert go from 601 to 608, I didnt get my pRoprrty for 7days so I was wit nothing in im still missing personal info Address medical file. I Ask v to look At camera to see who pack my pRoperty. I need my cloths I had on before I want on watch it got my Address book wit per Al info my ADA watch my hearing Aids. Im motional gram wit All th Retowlaction against me StR on 7-11 Burnum have made treats on my life told imate that im A Hoemosexayl witch is A lie now everybody treating me I fear for my life. Thank You for taking time to Read this. Also my Mouth gARde

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 11/30/2023 | Date of Review: 11/30/2023 | Grievance #: K4-1123-1764 |
| Individual in Custody Name: Hall, Mikal | | ID#: R58099 |

**Nature of Grievance:**

Property/ ADA/ Staff Conduct

**Facts Reviewed:**

Individual in Custody submitted a grievance dated 11/28/2023. The Individual in Custody grieves on 11/14/2023 he witnessed C/O's responding to an incident of an individual attempting to hang himself. He asked, "why he look like he not breathing?" and the C/O told him to "shut the fuck up". The individual claimed he stated, "who the fuck you think you talking to, you ain't got know kids here in if so I'm not one of them so watch how you talk to me in do your job in make sure he ok". He states 20 minuets later C/O House and C/O Big show came to his door and told him to pack his shit because he is going behind the door. The individual claims he did nothing wrong and he wasn't coming out. He states TACT then came to his door. He claims he could not hear what they were saying because he has a hearing disability. He was placed on watch with no cold water or mattress or hygiene items, just a green smock. He didn't get his property for (7) days. He is missing items. He claims he is missing his address book, ADA watch, and hearing aids.

Requested: "I will like to be compensated for my property in to have all item back in request interview with I.A. Than you."

This grievance was marked HIPAA and ADA Disability Accommodation by the Individual in Custody, and it was forwarded to the Privacy Officer and the ADA Coordinator for review on 11/30/2023.

Continued on back page...

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is DENIED. Unable to substantiate missing property.

| Kelly Pierce, Corrections Clerk III - Menard Correctional Center | Kelly Pierce | Digitally signed by Kelly Pierce Date: 2024.01.04 09:21:49 -06'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 01/04/2024 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

**Kevin Reichert**          Digitally signed by Kevin Reichert
                            Date: 2024.01.06 18:30:15 -06'00'
Chief Administrative Officer's Signature                                          Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                          ID#                          Date

EXHIBIT- B

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Continued...

On 12/1/2023 the Privacy Officer advised that this issue is not a HIPAA violation.

On 11/30/2023 the Assistant ADA Coordinator advised that Hall, R58099 is an ADA hard of hearing individual. He has hearing aids in his possession as an ADA accommodation for his hearing deficit.

On 12/13/2023 N2 Property advised that he had (4) bags of his property from strip out on 11/27/2023. The property is bagged up and labeled with their name and number by the gallery officer. The number of bags and the date they were brought are documented. They are not inventoried.

Reviewed incident reports and Disciplinary reports.

While being escorted to the infirmary at approximately 9:25am, he started yelling "These mother fuckers are trying to kill us, let's burn this bitch down!" He then refused all director orders to come to the front of the cell to be placed in handcuffs. He was issued a 105 Dangerous Disturbance and 215 Disobeying a director order essential to safety and security. According to 434 dated 11/14/2023 at approximately 10:00am he refused to submit to handcuffs stating "I ain't leaving this fucking cell". Major was advised.

At approximately 12:10pm, he refused orders to be placed in handcuffs and was issued a 601/102b attempted Assault and 215 Disobeying a Direct Order essential to safety and security due to him attempting to throw an unknow liquid substance in a milk carton at the Tact Team. OC was administered and he then complied to the order of being placed in handcuffs.

While on Crisis watch individuals are limited items in their cell for their safety.

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    Hall, Mikal

ID# :    R58099

Facility:    MEN

3/22/24

Date

This is in response to your grievance received on __1/19/24__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 11/28/23    **Grievance Number:** K4-1123-1764    **Griev Loc:** MEN

☐ Medical _____

☐ Dietary _____

☑ Personal Property  Claims missing property, ADA watch/hearing aids after release from crisis observation. _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☑ Conditions (cell conditions, cleaning supplies, etc.)  (11/14/23) Claims crisis observation cell had no cold water, filthy, toilet in-op,

☑ Disciplinary Report: Dated:  11/14/23  Incident #  202302340/1-MEN, 202302333/1-MEN

☑ Other  Conditions continued: no mattress, blanket, hygiene items in cell. _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☑ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other:  This office reached out to MEN CC and was told a replacement for an ADA watch was ordered for grievant 12/8/23

and will receive it once it has been received into the facility and properly processed. This office was told every cell is cleaned out

thoroughly after every cell move. We would never place an individual in a dirty cell. ✔

FOR THE BOARD:    _Ryan Nothnagle_
Ryan Nothnagle
Administrative Review Board

CONCURRED:    _Latoya Hughes_
Latoya Hughes
Acting Director

CC:  Warden,  MEN _____    Correctional Center
     Hall, Mikal _____    , ID# R58099 _____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

EXHIBIT - C

J.G

Housing Unit: **N2**    Bed #: **609**

**Illinois Department of Corrections**
**Individual in Custody  Grievance**

Pilot Program Only

| Date: 12/31/23 | Individual (please print): MiKaL HaLL | | ID #: R58099 | Race (optional): BIK |
|---|---|---|---|---|
| Current Facility: Menard | | Facility where grievance issue occurred: Menard | | |

**Nature of Grievance:**

☒ Staff Conduct    ☒ ADA Disability Accommodation    ☐ Personal Property    ☐ PREA
☐ Medical Treatment    ☐ Restoration of Sentence Credit    ☐ Mail Handling    ☐ HIPAA
☐ Disciplinary Report: _____ ☐ Dietary

☐ Other (specify): _____

Date of Report     Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I am writing this grievance for the 2nd time in still with-out M[y] hearing aids. It's very hard to hear when counselor, Mental health, Com[?] true doing there weekly Round's. I've been here at Menard since 2007 in[?] because of All the warring Shat's at Menard because of 101 fights the gu[?] shots have made me hard of hearing Almost dif in both my ears. Now I want on watch on Nov 14, 23 In the tact team took my hearing a[ids] out of my ears in my watch. I come off on Nov 20, 23 in my property t[he] I had on was not Return to me. The Americans with disabilities Act (ADA)

☒ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☒ Continued on Reverse

Relief Requested: I will like to be compensated for very day I want with-out my hearing Aids. Also I will like a emergency transfer to another facreaty where I dont have to worry about Retelation Againsnt me. Im being treated this way because of a law Surt I won I was never subpass to come back down here. Thank You.

| Individual in Custody Signature: mikal Hall | ID #: R58099 | Date: 1/7/24 |
|---|---|---|

**Counselor Response (if applicable):**      Date Received: _____

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: **MEN JAN 08 2024**     Assigned Grievance #/Institution: K4-0124-0125

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

First Level Received: _____

Second Level Received: **MEN JAN 10 2024**

_____ Please check if using if utilizing follow up DOC 0743p

12D ADA - hearin[g] Accommodation discriminatio[n] Transfer

Chief Administrative Officer Signature _____ Date: 1-9-24

Distribution: Master File, Individual     Page 1 of 2     DOC 0046 (Rev. 06/2022)

EXHIBIT - D

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

and Section 504 of the Rehabilitation Act of 1973 (Section 504) ARe FedeRal laws that pRotect people with disabilities, including people who aRe incaRceRated, fRom discrimination on the basis of thier disability. This means that jails and pRisons may not discriminate against you because of your disability. It Also means that they must take Reasonable steps to give pRisoneRs with disabilities equal access to the pRogRam seRvices, and benefits of the CoRRectional Center. "Reasonable accommodation" today is 1/7/24 in I Still havent Recieve my pRopeRty fRom when I want on 'watch' that have these item I said in this letteR Also my AddRess book with personal info. I was tRuing to tell CounsiloR Lewis this when she walk pass my cell last friday Nov '30, 23 I Couldnt heaR you whi you come pass my dooR! I Also told Sgtl BRumleve who told me he peRsonly thRough my pRopeRty Away when I want on watch becouss he say Since I like to tell shit on the wRong they do in N2.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 01/10/2024 | Date of Review: 01/10/2024 | Grievance #: K4-0124-0125 |
| Individual in Custody Name: Hall, Mikal | | ID#: R58099 |

**Nature of Grievance:**

ADA Hearing

**Facts Reviewed:**

Individual in Custody submitted a grievance dated 12/31/2023. The Individual in Custody grieves he is writing this grievance for the 2nd time about still not having his hearing aids. He states after he came off of watch they were not returned to him.

Requested: "I will like to be compensated for very day I want with out my hearing aids. Also, I will like a emergency transfer to another facility where I don't have to worry about retaliation against me. I'm being treated this way because of a lawsuit. I won I was never surpass to come back down here. Thank you."

This grievance was marked ADA Disability Accommodation by the Individual in Custody, and it was forwarded to the ADA Coordinator for review on 1/8/2024.

On 1/8/2024 the Assistant ADA Coordinator advised that on 12/18/2023 Hall, R58099 was referred to the audiologist for replacement hearing aids after security confirmed they were not in his possession. Hall, R58099 is awaiting an approved appointment with the audiologist.

The Grievance Office cannot award monetary compensation.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is RESOLVED. The individual is awaiting an approved appointment with the audiologist.

Kelly Pierce, Corrections Clerk III - Menard Correctional Center       **Kelly Pierce**       Digitally signed by Kelly Pierce
Date: 2024.01.18 16:34:08 -06'00'

Print Grievance Officer's Name                                          Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 01/18/2024 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

ADA Coordinator

**Anthony Wills    TK**       Digitally signed by Anthony Wills    TK
Date: 2024.01.22 15:36:47 -06'00'       01/22/2024

Chief Administrative Officer's Signature                                Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                ID#                Date

EXHIBIT - E

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



| | |
|---|---|
| Inmate Id: R58099 | Ret Form Ind: ▾ |
| Name: HALL, MIKAL | Modify Ind: ▾ |
| Chair Code: RYNO ▾ | Deny Ind: ▾ |
| Grv Type: L ▾ | Favorable Ind: ▾ |
| Grv Code: ADA ▾ | Deferred Ind: ▾ |
| Receive Date: 01/26/2024 | Moot Ind: ▾ |
| Hearing Date: 00/00/0000 | Grievance Number: K4-124-125 |
| Mailing Date: 00/00/0000 | Incident Number: |
| Grv Loc: MENARD CC ▾ | Incident Date: 00/00/0000 |
| Hearing Loc: MENARD CC ▾ | Incident Inst: ▾ |
| | Date Receipted: 02/07/2024 |

**Comments:** GRV #K4-0124-0125 & DTD 1/7/24. (1/7/24) CLAIMS HAVE NOT RECEIVED HEARING AIDS OR PROPERTY SINCE COMING OFF CRISIS OBSERVATION. CLAIMS SGT. BRUMLEVE TOLD GRIEVANT HE THREW GRIEVANT'S PROPERTY AWAY.

EXHIBIT- F

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Hall, Mikal

Date: 2/27/24

ID# : R58099

Facility: MEN

This is in response to your grievance received on 1/26/24 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/7/24    Grievance Number: K4-0124-0125    Griev Loc: MEN

- ☑ Medical ADA: (1/7/24) Claims hearing aids have not been returned to grievant after coming off crisis observation.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☑ Staff Conduct    Claims Sgt. Brumleve told grievant he threw grievant's property away.
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: Staff Conduct issue does not follow DR504F. No dates of occurrence given.

FOR THE BOARD: _____
Ryan Nothnagle
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, MEN _____ Correctional Center
Hall, Mikal _____ , ID# R58099

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

EXHIBIT- G

FROM: MiKaL HaLL
#R58099
Location: N2 609

AFFadavit

12/6/23

I pRay you aRe in the veRy best of health in spiRit when this LetteR Reach you. I am wRiting you this foR the 2nd time RegaRding me being hard of heaRing. I want on watch on Nov 14, 23 In the tact team took My heaRing aid s out of my eaR in my watch. I come off on Nov 20, 23 in My pRopeRty that I had on was not Retune to me. The AmeRicans with disabilities Act (ADA) An section 504 of the Rehabilitation Act of 1973 (section 504) aRe fedeRal laws tha pRotect people with disabilities, including people who aRe incaRceRated, fRo' discRiminstion on the basis of their disability. This means that Jails and pRisons may not discRiminate against you because of your disability. It also means that they must take Reasonable steps to give pRisoneRs with disabilities equal access to the pRogRams, seRvices, and benefits of the coRRectional centeR. "Reasonable accommodation" today is 12/6/23 in I still haven't Recieve my pRopeRty fRom when I want on watch that have these item I said in this letteR also My addRess book with peRsonal info. I was tRying to tell you this when you walk pass my cell last fRiday Nov 30, 23 I couldn't heaR you when you come pass my dooR. I have contect N2 PeRsona pRopeRty but they still haven't sent me my pRopeRty I had on that dai Thank foR your time in Reading this God bless.

mikal Hall

*No HeaRing aid / No Betteries in Box
_____

you have already received all allowable property
N² per personal property

EXHIBIT - H

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:      December 18, 2023

TO:         Hall, Mikal R58099   N2 6-09

FROM:     Joleen Klump, Asst. ADA Coordinator

SUBJECT: Kite received

I am in receipt of your kite stating your ADA accommodated hearing aids are missing.  You have been referred to the licensed audiologist to discuss options for replacement hearing aids and for your 3yr follow up.  You are awaiting an approved appointment.

Joleen Klump, Asst. ADA Coordinator

EXHIBIT-I

*in Illinois and increase public safety by promoting positive change for those*
*erating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

```
OERHP103                          ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE: 3
                                          OFFENDER 360                            RUN DATE: 6/17/2024
AS OF DATE: 6/17/2024                      CELL HOUSING                           RUN TIME: 8:37:09 AM
                                       INSTITUTION : MENARD
```

LOC: MEN  HOUSE: N2  LVL/GAL: 06

| CELL-BED | CAP | IDOC # | NAME | ESC | SEC | GRD | RACE | CURRENT ACTIVE ASSIGNMENT | AGGRESN SCR | CDE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 : :L1 | 1 | M22661 | JOHNSON, LARRY | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , YARD/GYM/REC<br>• STAFF ASSAULT , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 42 | BLK |
| 02 : :L1 | 1 | B46131 | DUPREE, SAMUEL | N | 2 | B | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• NO TOOLS , PARTICIPANT | 15 | BLK |
| 03 : :L1 | 1 | M42926 | AYALA, NICHOLAS | N | 1 | A | HSP | • *DISCIPLINARY SEG. , LOCKUP<br>• BEHAVIOR EARNED TIME , PARTICIPANT<br>• LOSS PRIV , CONTACT VISITS | 12 | HSP |
| 04 : :L1 | 1 | M44751 | JULUN, RODNEY | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• NO TOOLS , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 37 | BLK |
| 05 : :L1 | 1 | S13136 | HALL, WILLIE | N | 1 | B | BLK | • *DISCIPLINARY SEG. , LOCKUP | 15 | BLK |
| 06 : :L1 | 1 | M35210 | HALL, JEREMY | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• NO TOOLS , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 54 | BLK |
| 07 : :L1 | 1 | Y18522 | FRYE, ROBERT | E | 1 | C | WHI | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• PAY RESTRICTED , PARTICIPANT<br>• STAFF ASSAULT , PARTICIPANT | 62 | WHI |
| 08 : :L1 | 1 | M30759 | MOORE, LASHAUN | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 56 | BLK |
| 09 : :L1 | 1 | R58099 | HALL, MIKAL | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• NO TOOLS , PARTICIPANT<br>• PAY RESTRICTED , PARTICIPANT | 46 | BLK |
| 10 : :L1 | 1 | M39181 | SARFO, JEFF | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP | 6 | BLK |
| 11 : :L1 | 1 | Y29869 | TOLLIVER, MICHAEL | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 45 | BLK |
| 12 : :L1 | 1 | Y51493 | DUARTE, CARLOS | E | 1 | A | HSP | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT | 41 | HSP |
| 13 : :L1 | 1 | B88337 | FOX, DEMARQUO | N | 2 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT | 23 | BLK |
| 14 : :L1 | 1 | Y27943 | GARRETT, LAMARC | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT | 5 | BLK |
| 17 : :L1 | 1 | Y12521 | WASHINGTON, TORY | N | 1 | A | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT<br>• SUBS ABUSE SCREENING, WAITLISTED | 29 | BLK |
| 18 : :L1 | 1 | Y54425 | TERRY, DIMARI | N | 1 | B | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• STAFF ASSAULT , PARTICIPANT | 47 | BLK |
| 19 : :L1 | 1 | M41581 | MILES, CHASE | N | 1 | B | WHI | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• NO TOOLS , PARTICIPANT<br>• PAY RESTRICTED , PARTICIPANT | 74 | WHI |
| 20 : :U1 | 1 | M28472 | COURNEY, JALEEL | E | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• LOSS PRIV , CONTACT VISITS<br>• NO TOOLS , PARTICIPANT<br>• PAY RESTRICTED , PARTICIPANT<br>• STAFF ASSAULT , PARTICIPANT | 74 | BLK |
| 21 : :L1 | 1 | Y20147 | THOMAS, DARIAN | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP<br>• NO TOOLS , PARTICIPANT<br>• PAY RESTRICTED , PARTICIPANT<br>• STAFF ASSAULT , PARTICIPANT | 41 | BLK |
| 22 : :L1 | 1 | S14470 | RAUCH, MATTHEW | M | 1 | C | WHI | • *DISCIPLINARY SEG. , LOCKUP<br>• KOSHER , RELIGIOUS DIET | 33 | WHI |

| # | | Count | ID | Name | | Cnt | | Race | Actions | Days | Race |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| | | | | | | | | | STAFF ASSAULT , PARTICIPANT | | |
| 23 : :U1 | 1 | | S17013 | NIETHE,DAMON | N | 1 | C | WHI | *DISCIPLINARY SEG. , LOCKUP | 43 | WHI |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| | | | | | | | | | STAFF ASSAULT , PARTICIPANT | | |
| 24 : :L1 | 1 | | R68997 | ALLEN,TONY | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 181 | BLK |
| | | | | | | | | | LOSS PRIV , COMMISSARY | | |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | LOSS PRIV , VISITATION | | |
| 25 : :U1 | 1 | | B57430 | ENGLISH,MARIO | E | 1 | C | WHI | *TEMP CONFINEMENT , LOCKUP | 19 | WHI |
| | | | | | | | | | LOSS PRIV , COMMISSARY | | |
| 26 : :L1 | 1 | | N04343 | GAVIN,STEVEN | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 5 | BLK |
| 27 : :L1 | 1 | | S09319 | FLORES,RICHARD | N | 1 | C | HSP | *DISCIPLINARY SEG. , LOCKUP | 14 | HSP |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| 28 : :L1 | 1 | | B70454 | TURNER,DONNIE | N | 1 | C | BLK | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *TEMP CONFINEMENT , LOCKUP | 82 | BLK |
| | | | | | | | | | LOSS PRIV , COMMISSARY | | |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 29 : :L1 | 1 | | M48577 | BRICKELL,ANTONIO | N | 1 | C | BLK | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 5 | BLK |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| 30 : :L1 | 1 | | Y26460 | DAVIS,DEANDRE | N | 1 | C | BLK | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 67 | BLK |
| | | | | | | | | | LOSS PRIV ,CONTACT VISITS | | |
| 31 : :L1 | 1 | | Y60918 | BABIC,RICHARD | N | 1 | C | WHI | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 17 | WHI |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 32 : :L1 | 1 | | M32306 | PERRY,JONATHAN | N | 2 | C | WHI | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 21 | WHI |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | STAFF ASSAULT , PARTICIPANT | | |
| 33 : :L1 | 1 | | Y36907 | TORRES,VICTOR | N | 1 | C | HSP | SUBS ABUSE SCREENING , WAITLISTED | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 5 | HSP |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| | | | | | | | | | STAFF ASSAULT ,PARTICIPANT | | |
| 34 : :L1 | 1 | | R73825 | SHAFFER,AISHEF | N | 2 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 38 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 35 : :L1 | 1 | | M33079 | HARRIS,BRIAN | N | 1 | A | BLK | *DISCIPLINARY SEG. , LOCKUP | 17 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| 36 : :L1 | 1 | | M54688 | RIAZ,ALEX | N | 1 | B | BLK | *DISCIPLINARY SEG. , LOCKUP | 50 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 37 : :L1 | 1 | | Y63431 | LONG,DAVID | M | 1 | A | WHI | *DISCIPLINARY SEG. , LOCKUP | 15 | WHI |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 38 : :L1 | 1 | | M22525 | VILLAREAL,JAMES | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 30 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| 39 : :L1 | 1 | | Y49338 | KEE,JACKSON | N | 1 | B | BLK | *DISCIPLINARY SEG. , LOCKUP | 57 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | NO TOOLS ,PARTICIPANT | | |
| | | | | | | | | | STAFF ASSAULT ,PARTICIPANT | | |
| 42 : :L1 | 1 | | M49404 | SINGLETON,JOHN | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 35 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | NO TOOLS ,PARTICIPANT | | |
| | | | | | | | | | PAY RESTRICTED , PARTICIPANT | | |
| 43 : :L1 | 1 | | M39137 | MILLS,ERIK | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 88 | BLK |
| | | | | | | | | | NO TOOLS ,PARTICIPANT | | |
| 44 : :L1 | 1 | | Y32268 | LOVE,CAMERON | N | 1 | A | BLK | *DISCIPLINARY SEG. , LOCKUP | 24 | BLK |
| | | | | | | | | | SUBS ABUSE SCREENING ,WAITLISTED | | |
| 45 : :L1 | 1 | | B89377 | PLUMLEE,ROBERT | N | 1 | C | WHI | *DISCIPLINARY SEG. , LOCKUP | 50 | WHI |
| 46 : :L1 | 1 | | M38743 | BROWN,MARCUS | N | 1 | C | BLK | *DISCIPLINARY SEG. , LOCKUP | 35 | BLK |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| 47 : :L1 | 1 | | Y33019 | WILSON,TYREN | N | 1 | C | BLK | STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | | *DISCIPLINARY SEG. , LOCKUP | 91 | BLK |
| | | | | | | | | | KOSHER ,RELIGIOUS DIET | | |
| | | | | | | | | | LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | | STAFF ASSAULT , PARTICIPANT | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 : :L | | | WILSON, JASON | | | WHI | • *DISCIPLINARY SEG. , LOCKUP | | 79 | WHI |
| | | | | | | | • LOSS PRIV , CONTACT VISITS | | | |
| | | | | | | | • NO TOOLS , PARTICIPANT | | | |
| | | | | | | | • PAY RESTRICTED , PARTICIPANT | | | |
| 49 : :L1 | 1 | Y37511 | WHITE, DUAYNE | N | 1 | C | BLK | • *TEMP CONFINEMENT , LOCKUP | 79 | BLK |
| | | | | | | | | • SUBS ABUSE SCREENING , WAITLISTED | | |
| 50 : :L1 | 1 | Y40009 | SIMMONS, DARRYL | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP | 24 | BLK |
| | | | | | | | | • PAY RESTRICTED , PARTICIPANT | | |
| | | | | | | | | • SUBS ABUSE SCREENING , WAITLISTED | | |
| 51 : :L1 | 1 | R18355 | WILBURN, SHERMAN | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP | 26 | BLK |
| | | | | | | | | • LOSS PRIV , CONTACT VISITS | | |
| | | | | | | | | • PAY RESTRICTED , PARTICIPANT | | |
| | | | | | | | | • STAFF ASSAULT , PARTICIPANT | | |
| 52 : :L1 | 1 | B20612 | GINES, CORDELL | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP | 24 | BLK |
| 53 : :L1 | 1 | M03227 | BLANCHARD, ANTONIO | N | 1 | A | BLK | • *DISCIPLINARY SEG. , LOCKUP | 40 | BLK |
| 54 : :L1 | 1 | M44965 | CONORQUIE, ANTHONY | N | 1 | C | BLK | • *DISCIPLINARY SEG. , LOCKUP | 139 | BLK |
| | | | | | | | | • LOSS PRIV , CONTACT VISITS | | |
| 55 : :L1 | 1 | M03868 | LANGSTON, LARRY | N | 1 | B | BLK | • *DISCIPLINARY SEG. , LOCKUP | 30 | BLK |
| | | | | | | | | • STAFF ASSAULT , PARTICIPANT | | |
| | | | | | | | | • SUBS ABUSE SCREENING , WAITLISTED | | |

TOTAL OFFENDERS: 51



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Hall, Mikal
Name

R58099
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?          Yes or (No)

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?          Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?          (Yes) or No

   If yes, please list case number:   24-CV-762-RJD

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:          37

5. If multiple documents, please identify each document and the number of pages for each document. For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document                                        Number of Pages
   Declaration                                             37

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.